✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

5:51 pm, Oct 17 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ C.M. _____ Deputy

*TPW*
DSG: USAO 2025R00549

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO. 8:25-mj-02647-GLS** |
| | * | |
| CESAR ODILIO CONTRERAS- | * | |
| LOPEZ | * | |
| | * | |

****** 

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Aziz Wiley, being duly sworn, depose and state the following:

1.    I am a Special Agent with Homeland Security Investigations (HSI) and have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including **CESAR CONTRERAS-LOPEZ**'s criminal history record; and from reports of other enforcement officers involved in the investigation.

2.    Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

3.    This Affidavit is submitted in support of a criminal complaint and arrest warrant for **CONTRERAS-LOPEZ**, charging him with reentry after removal in violation of 8 U.S.C. § 1326(a).

### PROBABLE CAUSE

1

4.     **CONTRERAS-LOPEZ** is a citizen and national of Guatemala.

5.     On an unknown date and at an unknown location, **CONTRERAS-LOPEZ** unlawfully entered the United States without inspection or admission by an immigration official at a place other than a designated point of entry. On November 5, 2016, Enforcement and Removal Operations (ERO) Baltimore assisted Prince George's County Police Department (PGPD) with a search warrant. **CONTRERAS-LOPEZ** was encountered during the execution of that warrant. ERO Baltimore conducted a field interview and determined that **CONTRERAS-LOPEZ** entered the United States unlawfully without being inspected, admitted, or paroled by an immigration official. During the field interview, **CONTRERAS-LOPEZ** confirmed his Guatemalan nationality and his association with La Mara Salvatrucha, which I know to be a criminal gang commonly referred to as MS-13.

6.     On November 7, 2016, ERO Baltimore issued **CONTRERAS-LOPEZ** a Notice to Appear, Form I-862, pursuant to Section 212(a)(6)(A)(i)(I) of the Immigration and Nationality Act (INA) as a noncitizen present without admission or parole. On January 9, 2017, **CONTRERAS-LOPEZ** was ordered to be removed following a hearing before an immigration judge. On February 2, 2017, ERO Baltimore removed **CONTRERAS-LOPEZ** to Guatemala via ICE Air Operations (IAO).

7.     On July 10, 2017, the United States Border Patrol (USBP) encountered **CONTRERAS-LOPEZ** again near Carrizo Springs, Texas and issued him a Notice of Intent/Decision to Reinstate Prior Order of Removal, Form I-871, pursuant to Section 241(a)(5) and 212(a)(9)(A)(ii) of the INA as a noncitizen previously removed. On July 13, 2017, **CONTRERAS-LOPEZ** pleaded guilty before a U.S. Magistrate Judge in the U.S. District Court for the Western District of Texas to violating 8 U.S.C. § 1325 (Improper Entry by Alien) and was

sentenced to 25 days of imprisonment. On August 4, 2017, following that sentence, **CONTRERAS-LOPEZ** was transferred from United States Marshals custody to the custody of ERO San Antonio and was removed to Guatemala on August 18, 2017.

8.     On an unknown date after August 18, 2017, and at an unknown location, **CONTRERAS-LOPEZ** unlawfully re-entered the United States without inspection or admission by an immigration official at a place other than a designated point of entry. On September 14, 2023, ERO Baltimore traveled to a residence at 2011 Quebec Street, Hyattsville, Maryland in search of **CONTRERAS-LOPEZ** based on investigatory leads that he was living there. ERO Baltimore officers observed **CONTRERAS-LOPEZ** leaving the residence and entering a white Ford cargo van bearing Maryland license plate 7FA2935. A vehicle stop was conducted, and officers were able to visually confirm **CONTRERAS-LOPEZ**'s identity. **CONTRERAS-LOPEZ** was arrested and taken into ERO custody without incident. On November 2, 2023, **CONTRERAS-LOPEZ** was removed to Guatemala.

9.     On an unknown date after November 2, 2023, and at an unknown location, **CONTRERAS-LOPEZ** unlawfully re-entered the United States without inspection or admission by an immigration official at a place other than designated as a point of entry. On October 13, 2025, ERO San Antonio officers conducting an enforcement operation in Washington, D.C., assisted the USMS as part of a joint crime initiative. USMS conducted a vehicle stop on a Honda Civic that **CONTRERAS-LOPEZ** was driving. **CONTRERAS-LOPEZ** fled on foot, but law enforcement officials were able to apprehend **CONTRERAS-LOPEZ** after a pursuit.

10.     **CONTRERAS-LOPEZ**'s identity was confirmed through photo comparison and fingerprint analysis. On August 26, 2025, a Certificate of Nonexistence was obtained from United States Citizen and Immigration Services (USCIS), which indicated that there is no record that

**CONTRERAS-LOPEZ** ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

## CONCLUSION

11.    Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of **CONTRERAS-LOPEZ**, an alien who previously had been removed, knowingly re-entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission in the United States as required by law, in violation of 8 U.S.C. § 1326(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_A. Wiley_
Aziz Wiley
Special Agent
Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this 17th day of October 2025.

Honorable Gina L. Simms
United States Magistrate Judge